# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michael Brown | ) | Case No: 15 C 10054 |
| v. | ) | Judge: John W. Darrah |
| Timothy Lunningham, et al | ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, defendant's motion to dismiss [12] is granted in part and denied in part. Enter Memorandum Opinion and Order. Status hearing set for 11/22/16 is re-set to 1/25/17 at 9:30 a.m.

Date: 10/27/16                                             /s/ Judge John W. Darrah